No. 844. O'CONNELL v. UNITED STATES. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Wilton J. Lambert, David V. Cahill,* and *Neile F. Towner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 847. PHILIPPIDES v. DAY, COMMISSIONER OF IMMIGRATION. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Thomas A. Kane* for petitioner. *Solicitor General Thacher, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for respondent.

No. 857. DISTRICT OF COLUMBIA v. COLTS. May 26, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. William W. Bride, Robert E. Lynch,* and *Robert P. Reeder* for petitioner. No appearance for respondent.

No. 746. DAILY PANTAGRAPH, INC., v. UNITED STATES. June 2, 1930. Petition for writ of certiorari to the Court of Claims granted, limited to the question of the reduction of invested capital by reason of dividends paid, being the third question presented in the petition for the writ. *Mr. Arnold L. Guesmer* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *Joseph H. Sheppard* for the United States.